UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ASHLEY SEIJOS,

        Plaintiff,

                                            Case No.: 6:17-CV-00611-CEM-KRS

v.

MONARCH RECOVERY
MANAGEMENT, INC., AND
DOES 1 TO 10,

        Defendants.
_____/

**NOTICE IS HEREBY GIVEN** that Plaintiff, Ashley Seijos, and Defendant, Monarch Recovery Management, Inc., have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulated Dismissal with Prejudice within the next forty (40) days. Plaintiff requests that the Court vacate all pending deadlines and hearings in this matter. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

**RESPECTFULLY SUBMITTED** this 1st day of November 2017.

                                      /s/ Benjamin H. Crumley
                                      Benjamin H. Crumley
                                      Crumley & Wolfe, P.A.
                                      2254 Riverside Avenue
                                      Jacksonville, Florida 32204
                                      T: 904-374-0111
                                      E: ben@cwbfl.com

/s/ David A. Chami
David A. Chami
PRICE LAW GROUP, APC
1204 E. Baseline Rd., Suite 102
Tempe, AZ 85283
T: (866)881-2133
E: david@pricelawgroup.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of November 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ David A. Chami
David A. Chami, AZ #027585
Price Law Group, APC