UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ASHLEY SEIJOS,**

      **Plaintiff,**

v.                                                                 Case No: 6:17-cv-611-Orl-41KRS

**MONARCH RECOVERY**
**MANAGEMENT, INC. and DOES 1-10,**

      **Defendants.**
_____ /

**ORDER**

THIS CAUSE is before the Court on the Notice of Settlement (Doc. 20), wherein the parties have advised the Court that the above-styled action has been settled.

Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. However, the Court notes that it will not retain jurisdiction to enforce the settlement agreement; the parties have not provided good cause for doing so and the agreement is not before the Court. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Orlando, Florida on November 16, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record